# Exhibit 2

| US11083142 | Local Bounti ("The accused instrumentality") |
|---|---|
| 1. A method for producing and harvesting a crop in a daylight-free environment comprising: | The accused instrumentality practices a method for producing and harvesting a crop (e.g., seed to seedling stage of the crop) in a daylight-free environment (e.g., an indoor environment in which the nursery is located).<br><br>As shown below, the accused instrumentality uses an indoor nursery in which the seed to seedling stage of crops are grown without any exposure to natural daylight (sunlight).<br><br><br><br>https://www.localbounti.com/<br><br>**Ability to drive production yield and lower costs.** We design and build our facilities by focusing on driving profitable unit economics and capitalizing on our patented Stack & Flow Technology. We are developing a centralized monitoring system which collects, organizes and analyzes data from distributed facilities. Our sophisticated data analytics enable us to continually improve the operations of our facilities and to centrally control key variables such as temperature, humidity, carbon dioxide, light, nutrients and pH balances. We have also implemented additional innovations that shorten growing cycles, improve production yield and lower costs, such as optimizing plant density to increase greenhouse production capacity. We have further identified a clear roadmap for margin expansion and product diversification with significant visibility into reduced labor cost opportunities and improved profitability. |

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-22-007907/locl-20211231.htm



https://www.localbounti.com/how-we-grow



https://www.youtube.com/watch?v=nrJfS6iHvwg



https://www.youtube.com/watch?v=nrJfS6iHvwg

https://www.youtube.com/watch?v=nrJfS6iHvwg

| growing the crop in a culture substrate in a multi-layer daylight-free cultivation system having a number of cultivation shelves above one another, | The accused instrumentality practices growing the crop (e.g., seed to seedling stage of the crop) in a culture substrate (e.g., a seeding substrate) in a multi-layer daylight-free cultivation system (e.g., the nursery) having a number of cultivation shelves (e.g., shelves of the nursery) above one another.<br><br>As shown below, the accused instrumentality uses an indoor nursery in which crops are grown from the seed-to-seedling stage without any exposure to natural daylight (sunlight). The crops are grown in a seeding substrate placed in trays. These trays are then placed on shelves that are stacked one above another.<br><br><br>https://www.localbounti.com/how-we-grow |



[https://www.localbounti.com/how-we-grow](https://www.localbounti.com/how-we-grow)



https://www.youtube.com/watch?v=nrJfS6iHvwg

https://www.localbounti.com/how-we-grow



https://www.youtube.com/watch?v=nrJfS6iHvwg

| | |
|---|---|
| | *Cost Reduction Initiatives*<br><br>Looking ahead, the Company has targeted additional cost reduction initiatives in the range of $1.5 to $2.0 million, annualized, to be actioned in the fourth quarter of 2025 and realized in the first half of 2026 with additional measures to follow. These savings stem from ongoing projects to improve operational efficiency and reduce costs in key areas like raw materials, packaging, labor, utilities and other cost of goods sold. Within raw materials, these savings are expected to stem from further seed and substrate cost reductions, where management has already made great progress in 2025, with annualized savings since the beginning of the year of $2 million.<br>https://investors.localbounti.com/news-events/press-releases/detail/92/local-bounti-announces-third-quarter-2025-financial-results |
| controlling, in each of said cultivation shelves, a photosynthesis of the crop by controlling a light spectrum supplied to the crop from light emitting diodes, | The accused instrumentality practices controlling, in each of said cultivation shelves (e.g., shelves of the nursery), a photosynthesis of the crop by controlling a light spectrum (e.g., light colors) supplied to the crop from light emitting diodes (e.g., LEDs of the nursery).<br><br>As shown below, the accused instrumentality has a system which controls the lighting provided to crops on each shelf, thereby controlling photosynthesis of the crop. The lighting is controlled by specific color LEDs optimal for the crop.<br><br>**Ability to drive production yield and lower costs.** We design and build our facilities by focusing on driving profitable unit economics and capitalizing on our patented Stack & Flow Technology. We are developing a centralized monitoring system which collects, organizes and analyzes data from distributed facilities. Our sophisticated data analytics enable us to continually improve the operations of our facilities and to centrally control key variables such as temperature, humidity, carbon dioxide, light, nutrients and pH balances. We have also implemented additional innovations that shorten growing cycles, improve production yield and lower costs, such as optimizing plant density to increase greenhouse production capacity. We have further identified a clear roadmap for margin expansion and product diversification with significant visibility into reduced labor cost opportunities and improved profitability.<br><br>https://investors.localbounti.com/sec-filings/all-sec-filings/content/ |

0001628280-26-021706/locl-20251231.htm

Spanning local communities from California to Georgia, our greenhouses bring fresher, more sustainable produce closer to you. In our advanced, climate-controlled environments, we carefully optimize light, temperature, and nutrients, allowing our greens to thrive while reducing food miles and minimizing environmental impact.

https://www.localbounti.com/



https://www.youtube.com/watch?v=nrJfS6iHvwg



https://www.youtube.com/watch?v=j_bb8gDI0U8

**Company Overview**

Local Bounti is a controlled environment agriculture ("CEA") company that produces sustainably grown produce, focused primarily on living and loose leaf lettuce. Founded in 2018, and headquartered in Hamilton, Montana, Local Bounti utilizes its patented Stack & Flow Technology® to grow healthy food sustainably and affordably. Our proprietary

**CEA Overview**

CEA is a technology-oriented approach towards plant-based food production and employs enclosed structures to grow plants in a protected environment where optimal growing conditions are maintained. Drivers for growth of CEA include scarcity of resources, such as arable land, water and suitable climate, as well as changing climatic conditions putting increased stress on conventional farming practices. CEA involves increased control over variables which optimizes the plant growing conditions, resulting in higher plant quality and larger production volume while ensuring resource efficiency. These variables include temperature, humidity, carbon dioxide, light, nutrient concentration, and nutrient pH. With a stable control of the plant environment, CEA can provide secure, high quality produce, year-round production of previously seasonal produce and higher production volume compared to conventional farming on the same size land. Moreover, CEA allows for a more efficient use of land and fresh water (up to 90% less water and land than soil-based agriculture), reduced need to use fertilizer or pesticides, reduced carbon emissions as CEA allows operations to be located closer to end-users, reduced food waste, and avoidance of chemical runoff from broad applications of fertilizer and pesticides/ herbicides associated with field-based agriculture.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm



controlling a light spectrum supplied to the crop from light emitting diodes

NURSERY

In the nursery, seedlings thrive using Local Bounti's innovative and patented **Stack & Flow®** technology, which maximizes space, light, and nutrients for optimal plant development. This innovative system allows for efficient, sustainable growth for many varieties of lettuces and leafy greens.

in each of said cultivation shelves, a photosynthesis of the crop

https://www.localbounti.com/how-we-grow

| | |
|---|---|
| controlling, in each of said cultivation shelves, a root temperature of a root system of the crop at a desired value, | The accused instrumentality practices controlling, in each of said cultivation shelves (e.g., shelves of the nursery), a root temperature of a root system of the crop at a desired value.<br><br>As shown below, the accused instrumentality controls a range of environmental factors, including air temperature, humidity, and $CO_2$ concentration. Upon information and belief, the accused instrumentality provides a water and temperature-controlled environment in direct contact with the root systems of the crops on each shelf, thereby controlling the root temperature of the crops to a desired value. |

**Ability to drive production yield and lower costs.** We design and build our facilities by focusing on driving profitable unit economics and capitalizing on our patented Stack & Flow Technology. We are developing a centralized monitoring system which collects, organizes and analyzes data from distributed facilities. Our sophisticated data analytics enable us to continually improve the operations of our facilities and to centrally control key variables such as temperature, humidity, carbon dioxide, light, nutrients and pH balances. We have implemented additional innovations that shorten growing cycles, improve production yield and lower costs, such as optimizing plant density to increase greenhouse production capacity. We have further identified a clear roadmap for margin expansion and product diversification with significant visibility into reduced labor cost opportunities and improved profitability.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm

**Company Overview**

Local Bounti is a controlled environment agriculture ("CEA") company that produces sustainably grown produce, focused primarily on living and loose leaf lettuce. Founded in 2018, and headquartered in Hamilton, Montana, Local Bounti utilizes its patented Stack & Flow Technology® to grow healthy food sustainably and affordably. Our proprietary

**CEA Overview**

CEA is a technology-oriented approach towards plant-based food production and employs enclosed structures to grow plants in a protected environment where optimal growing conditions are maintained. Drivers for growth of CEA include scarcity of resources, such as arable land, water and suitable climate, as well as changing climatic conditions putting increased stress on conventional farming practices. CEA involves increased control over variables which optimizes the plant growing conditions, resulting in higher plant quality and larger production volume while ensuring resource efficiency. These variables include temperature, humidity, carbon dioxide, light, nutrient concentration, and nutrient pH. With a stable control of the plant environment, CEA can provide secure, high quality produce, year-round production of previously seasonal produce and higher production volume compared to conventional farming on the same size land. Moreover, CEA allows for a more efficient use of land and fresh water (up to 90% less water and land than soil-based agriculture), reduced need to use fertilizer or pesticides, reduced carbon emissions as CEA allows operations to be located closer to end-users, reduced food waste, and avoidance of chemical runoff from broad applications of fertilizer and pesticides/ herbicides associated with field-based agriculture.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm

Local Bounti uses or plans to use computers, software and technology in substantially all aspects of its business operations. Local Bounti's employees also use or plan to use mobile devices, social networking and other online activities to connect with crew members, distributors, customers and consumers. Such uses give rise to cybersecurity risks, including security breaches, espionage, system disruption, theft and inadvertent release of information. Cybersecurity incidents are increasing in their frequency, sophistication and intensity, with third-party phishing and social engineering attacks in particular increasing in connection with the COVID-19 pandemic. Local Bounti's business involves sensitive information and intellectual property, including know-how, private information about crew members and financial and strategic information about the Company and its business partners. Additionally, the environmental controls systems (which control temperature, water, humidity and other systems) for our Montana Facility, and expected for future facilities, could be subject to such cybersecurity risks and incursions, which could result in loss of entire crops in a short amount of time. The loss of crops as the result of such an incident would materially adversely affect our business, financial condition and results of operations.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-22-007907/locl-20211231.htm

## Factors Affecting Root Zone Temperature

Several factors can impact the root zone temperature in hydroponic systems. These include ambient temperature, water temperature, air circulation, and insulation. It's important to monitor and control these factors to maintain the ideal root zone temperature range for different crops.

https://kryzen.com/optimizing-root-zone-temperature-for-hydroponic-crops/

| | |
|---|---|
| controlling, in each of said cultivation shelves, carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to ambient temperature | The accused instrumentality practices controlling, in each of said cultivation shelves (e.g., shelves of the nursery), carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to ambient temperature.<br><br>As shown below, the accused instrumentality has a control system which automatically controls air temperature, humidity, CO2 concentration and other factors across all shelves. Light intensity, ambient air temperature, and airflow are established environmental factors that directly influence leaf temperature. By controlling these parameters, the system controls the leaf temperature difference of the leaves compared to ambient temperature on each shelf, thereby controlling carbon dioxide assimilation of the leaf system of the crop. |



https://www.localbounti.com/how-we-grow

    **Ability to drive production yield and lower costs.** We design and build our facilities by focusing on driving profitable unit economics and capitalizing on our patented Stack & Flow Technology. We are developing a centralized monitoring system which collects, organizes and analyzes data from distributed facilities. Our sophisticated data analytics enable us to continually improve the operations of our facilities and to centrally control key variables such as temperature, humidity, carbon dioxide, light, nutrients and pH balances. We have also implemented additional innovations that shorten growing cycles, improve production yield and lower costs, such as optimizing plant density to increase greenhouse production capacity. We have further identified a clear roadmap for margin expansion and product diversification with significant visibility into reduced labor cost opportunities and improved profitability.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/ 0001628280-26-021706/locl-20251231.htm

**Company Overview**

Local Bounti is a controlled environment agriculture ("CEA") company that produces sustainably grown produce, focused primarily on living and loose leaf lettuce. Founded in 2018, and headquartered in Hamilton, Montana, Local Bounti utilizes its patented Stack & Flow Technology® to grow healthy food sustainably and affordably. Our proprietary

**CEA Overview**

CEA is a technology-oriented approach towards plant-based food production and employs enclosed structures to grow plants in a protected environment where optimal growing conditions are maintained. Drivers for growth of CEA include scarcity of resources, such as arable land, water and suitable climate, as well as changing climatic conditions putting increased stress on conventional farming practices. CEA involves increased control over variables which optimizes the plant growing conditions, resulting in higher plant quality and larger production volume while ensuring resource efficiency. These variables include temperature, humidity, carbon dioxide, light, nutrient concentration, and nutrient pH. With a stable control of the plant environment, CEA can provide secure, high quality produce, year-round production of previously seasonal produce and higher production volume compared to conventional farming on the same size land. Moreover, CEA allows for a more efficient use of land and fresh water (up to 90% less water and land than soil-based agriculture), reduced need to use fertilizer or pesticides, reduced carbon emissions as CEA allows operations to be located closer to end-users, reduced food waste, and avoidance of chemical runoff from broad applications of fertilizer and pesticides/ herbicides associated with field-based agriculture.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm

Local Bounti uses or plans to use computers, software and technology in substantially all aspects of its business operations. Local Bounti's employees also use or plan to use mobile devices, social networking and other online activities to connect with crew members, distributors, customers and consumers. Such uses give rise to cybersecurity risks, including security breaches, espionage, system disruption, theft and inadvertent release of information. Cybersecurity incidents are increasing in their frequency, sophistication and intensity, with third-party phishing and social engineering attacks in particular increasing in connection with the COVID-19 pandemic. Local Bounti's business involves sensitive information and intellectual property, including know-how, private information about crew members and financial and strategic information about the Company and its business partners. Additionally, the environmental controls systems (which control temperature, water, humidity and other systems) for our Montana Facility, and expected for future facilities, could be subject to such cybersecurity risks and incursions, which could result in loss of entire crops in a short amount of time. The loss of crops as the result of such an incident would materially adversely affect our business, financial condition and results of operations.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-22-007907/locl-20211231.htm

| | |
|---|---|
| | **9.4.2.2 Temperature**<br><br>Air temperature is generally used as the temperature when discussing the influence of temperature on plant photosynthesis or respiration. However, plant body temperature (or leaf temperature) has a direct effect on the biochemical reactions necessary for plant physiology. For example, the leaf temperature at which the maximum net photosynthetic rate is reached falls in the range of 20–30°C. Leaf temperature increases due to the increase in radiant energy absorbed by the leaves and decreases due to the increase in sensible and latent heat energy transported from the leaves to the air. Therefore, environmental factors (light intensity, temperature, humidity, airflow velocity, etc.) associated with this energy balance influence leaf temperature and eventually influence photosynthesis and growth.<br><br>https://www.sciencedirect.com/topics/engineering/leaf-temperature |
| wherein, in each of said cultivation shelves, the control of photosynthesis by controlling the light spectrum, the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted:<br>to one another, | The accused instrumentality practices controlling, wherein, in each of said cultivation shelves (e.g., shelves of the nursery), the control of photosynthesis by controlling the light spectrum (e.g., light colors), the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted: to one another.<br><br>As shown below, the accused instrumentality controls photosynthesis (via the LED light spectrum), root temperature (via water and temperature-controls in contact with the root system), and carbon dioxide assimilation (via leaf temperature relative to ambient) together within an indoor environment through its control system. The system configures environmental parameters optimal for a crop. These factors are also physically interdependent: the light incident on the leaf affects leaf temperature, the air and root temperature affect transpiration and stomatal behavior, and stomatal opening governs both carbon dioxide uptake and evaporation. Because all three are controlled together in the same conditioned environment and set jointly for the crop, the control of photosynthesis, the control of root temperature, and the control of carbon |

dioxide assimilation by controlling a leaf temperature difference are adapted to one another in each cultivation shelf.



https://www.localbounti.com/how-we-grow

**Ability to drive production yield and lower costs.** We design and build our facilities by focusing on driving profitable unit economics and capitalizing on our patented Stack & Flow Technology. We are developing a centralized monitoring system which collects, organizes and analyzes data from distributed facilities. Our sophisticated data analytics enable us to continually improve the operations of our facilities and to centrally control key variables such as temperature, humidity, carbon dioxide, light, nutrients and pH balances. We have also implemented additional innovations that shorten growing cycles, improve production yield and lower costs, such as optimizing plant density to increase greenhouse production capacity. We have further identified a clear roadmap for margin expansion and product diversification with significant visibility into reduced labor cost opportunities and improved profitability.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm

**Company Overview**

Local Bounti is a controlled environment agriculture ("CEA") company that produces sustainably grown produce, focused primarily on living and loose leaf lettuce. Founded in 2018, and headquartered in Hamilton, Montana, Local Bounti utilizes its patented Stack & Flow Technology® to grow healthy food sustainably and affordably. Our proprietary

**CEA Overview**

CEA is a technology-oriented approach towards plant-based food production and employs enclosed structures to grow plants in a protected environment where optimal growing conditions are maintained. Drivers for growth of CEA include scarcity of resources, such as arable land, water and suitable climate, as well as changing climatic conditions putting increased stress on conventional farming practices. CEA involves increased control over variables which optimizes the plant growing conditions, resulting in higher plant quality and larger production volume while ensuring resource efficiency. These variables include temperature, humidity, carbon dioxide, light, nutrient concentration, and nutrient pH. With a stable control of the plant environment, CEA can provide secure, high quality produce, year-round production of previously seasonal produce and higher production volume compared to conventional farming on the same size land. Moreover, CEA allows for a more efficient use of land and fresh water (up to 90% less water and land than soil-based agriculture), reduced need to use fertilizer or pesticides, reduced carbon emissions as CEA allows operations to be located closer to end-users, reduced food waste, and avoidance of chemical runoff from broad applications of fertilizer and pesticides/ herbicides associated with field-based agriculture.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm

Local Bounti uses or plans to use computers, software and technology in substantially all aspects of its business operations. Local Bounti's employees also use or plan to use mobile devices, social networking and other online activities to connect with crew members, distributors, customers and consumers. Such uses give rise to cybersecurity risks, including security breaches, espionage, system disruption, theft and inadvertent release of information. Cybersecurity incidents are increasing in their frequency, sophistication and intensity, with third-party phishing and social engineering attacks in particular increasing in connection with the COVID-19 pandemic. Local Bounti's business involves sensitive information and intellectual property, including know-how, private information about crew members and financial and strategic information about the Company and its business partners. Additionally, the environmental controls systems (which control temperature, water, humidity and other systems) for our Montana Facility, and expected for future facilities, could be subject to such cybersecurity risks and incursions, which could result in loss of entire crops in a short amount of time. The loss of crops as the result of such an incident would materially adversely affect our business, financial condition and results of operations.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-22-007907/locl-20211231.htm

**Summary.** Leaf gas exchange of *Vigna unguiculata* was influenced by short-term (day-to-day) changes in soil temperature and the response depended upon the aerial environment. When aerial conditions were constant at 30° C leaf temperature, high air humidity and moderate quantum flux, $CO_2$ assimilation rate and leaf conductance increased with increases in soil temperature from 20 to 35° C, and this response was reversible. Decreases in $CO_2$ assimilation rate and leaf conductance were observed at root temperatures above 30° C when root temperatures were increased from 20° C to 40° C and when air humidity was decreased in steps during the day. In contrast, varying soil temperatures between 20 to 35° C had no influence on gas exchange when shoots were subjected to a wide range of temperatures during each day.

The gain ratio $\partial A/\partial E$ remained constant at different air humi-

in arid and semi-arid habitats. Virtually no studies are known to the authors which investigate short-term effects of high soil temperatures on gas exchange processes at the leaf level. Therefore, the present study was conducted to elucidate this aspect of plant existence in semi-arid environments. *Vigna unguiculata* was studied since it is subjected to high soil temperatures in its natural habitats. Experiments on short-term effects of soil temperature are also relevant to the interpretation of experiments in controlled environments, where pot and shoot temperatures are frequently similar and altered at the same time.

— to one another

Cowpeas (*Vigna unguiculata* L. Walp. cv California Blackeye No. 5) were grown in a walk-in growth chamber (Weiss Klima-

https://d1wqtxts1xzle7.cloudfront.net/40003224/Effects_of_day-to-day_changes_in_root_te20151114-26039-o79npt-libre.pdf

lowers photosynthesis. Three days of chilling (10 C) at 170 $\text{w·m}^{-2}$ reduces the photosynthetic capacity of youngest-mature *Paspalum* leaves only 30 to 40% while *Sorghum* leaves are essentially inoperative when returned to 25 C after the same stress. Root temperature has a substantial rapid effect on photosynthesis of soybean and little immediate effect on *Sorghum*. Photosynthesis of stress– — to one another intolerant species (*Sorghum*) is reduced only slightly more than that of semitolerant species (*Paspalum*) when temperatures are lowered at mid–photo-period, but to a far greater extent if temperatures are reduced at the commencement of a photoperiod.

https://academic.oup.com/plphys/article/47/5/713/6091634?login=false

| | |
|---|---|
| forcing the crop into an intended carbon dioxide assimilation, and | The accused instrumentality practices forcing the crop into an intended carbon dioxide assimilation.<br><br>As shown below, $CO_2$ is one of the environmental factors that the accused instrumentality controls and optimizes for a crop. Because the rate of carbon dioxide assimilation (carbon fixation in photosynthesis) is governed by the $CO_2$ available to the leaf, the system, by actively holding the $CO_2$ concentration at |

the optimized levels in the environment surrounding the crop on each shelf, drives and thereby forces the crop into the intended carbon dioxide assimilation.

**Ability to drive production yield and lower costs.** We design and build our facilities by focusing on driving profitable unit economics and capitalizing on our patented Stack & Flow Technology. We are developing a centralized monitoring system which collects, organizes and analyzes data from distributed facilities. Our sophisticated data analytics enable us to continually improve the operations of our facilities and to centrally control key variables such as temperature, humidity, carbon dioxide, light, nutrients and pH balances. We have also implemented additional innovations that shorten growing cycles, improve production yield and lower costs, such as optimizing plant density to increase greenhouse production capacity. We have further identified a clear roadmap for margin expansion and product diversification with significant visibility into reduced labor cost opportunities and improved profitability.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm

**Company Overview**

Local Bounti is a controlled environment agriculture ("CEA") company that produces sustainably grown produce, focused primarily on living and loose leaf lettuce. Founded in 2018, and headquartered in Hamilton, Montana, Local Bounti utilizes its patented Stack & Flow Technology® to grow healthy food sustainably and affordably. Our proprietary

**CEA Overview**

CEA is a technology-oriented approach towards plant-based food production and employs enclosed structures to grow plants in a protected environment where optimal growing conditions are maintained. Drivers for growth of CEA include scarcity of resources, such as arable land, water and suitable climate, as well as changing climatic conditions putting increased stress on conventional farming practices. CEA involves increased control over variables which optimizes the plant growing conditions, resulting in higher plant quality and larger production volume while ensuring resource efficiency. These variables include temperature, humidity, carbon dioxide, light, nutrient concentration, and nutrient pH. With a stable control of the plant environment, CEA can provide secure, high quality produce, year-round production of previously seasonal produce and higher production volume compared to conventional farming on the same size land. Moreover, CEA allows for a more efficient use of land and fresh water (up to 90% less water and land than soil-based agriculture), reduced need to use fertilizer or pesticides, reduced carbon emissions as CEA allows operations to be located closer to end-users, reduced food waste, and avoidance of chemical runoff from broad applications of fertilizer and pesticides/ herbicides associated with field-based agriculture.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm

|  | Our hybrid facility design is at the core of our focus on unit economics and serves as a platform intended to grow margins through investment in technology and in the future, plant genetics. In our facility configuration, we grow plants during their early development period "stacked" in a space and energy efficient vertical nursery. This configuration reduces facility square footage and increases returns on invested capital. This vertical nursery produces a stock of young plants to fill growing space in our controlled environment hydroponic greenhouses, where young plants accelerate growth when exposed to a specified set of conditions involving natural light, temperature, humidity, carbon dioxide, nutrients, pH balance and other key elements. With this approach, we believe that by 2025 our facilities yield 1.5 to 2.0 times more produce than traditional hydroponic greenhouse farms and, we believe can be built for a cost of approximately 3.0 times run rate EBITDA generation, a build multiple up to two times lower than targets published by CEA competitors for loose leaf lettuce. Additionally, our greenhouse configuration is organized in a highly modular layout with our proprietary control center technology suite we are developing to centralize operational control. Our control center technology suite provides for remote monitoring of our operations to efficiently collect and analyze information to drive yields, reduce risk, and grow product more consistently.<br><br>https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-22-007907/locl-20211231.htm<br><br>Our approach combines the features that we found most attractive from vertical farming and traditional hydroponic greenhouse growing to grow plants during their early development in our "stack" phase. This reduces facility square footage, drives capital expenditure and operating expenditure efficiency, increases the annual turns of the farm, and ultimately leads to increased returns on invested capital. This vertical nursery produces a stock of young plants to fill growing space in our controlled environment hydroponic greenhouses, where young plant growth is accelerated when exposed to a specified set of conditions, including natural light, temperature, humidity, carbon dioxide, nutrients, pH balance, and other key variables.<br><br>https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-22-007907/locl-20211231.htm |
|---|---|
| controlling an evaporation of said crop via the leaf by regulating a correct amount of energy on the leaf. | The accused instrumentality practices controlling an evaporation of said crop via the leaf by regulating a correct amount of energy (e.g., light intensity) on the leaf.<br><br>As shown below, the accused instrumentality optimizes light for accelerated crop growth on each shelf. Upon information and belief this is done by regulating the light energy by optimizing the intensity of the LED array and duration of exposure. As established in plant science, the amount of light energy on the leaf surface directly controls the rate of evaporation from the leaf. By regulating the correct amount of light energy on the leaf via intensity control, the lighting system thereby controls the evaporation of the crop via the leaf. |

> Spanning local communities from California to Georgia, our greenhouses bring fresher, more sustainable produce closer to you. In our advanced, climate-controlled environments, we carefully optimize light, temperature, and nutrients, allowing our greens to thrive while reducing food miles and minimizing environmental impact.

https://www.localbounti.com/



**STEP 2**

# GERMINATION

During germination, seeds sprout into seedlings, nurtured by controlled temperature, humidity, and light, ensuring consistent and vigorous early growth.

https://www.localbounti.com/how-we-grow



https://www.localbounti.com/how-we-grow

     **Ability to drive production yield and lower costs.** We design and build our facilities by focusing on driving profitable unit economics and capitalizing on our patented Stack & Flow Technology. We are developing a centralized monitoring system which collects, organizes and analyzes data from distributed facilities. Our sophisticated data analytics enable us to continually improve the operations of our facilities and to centrally control key variables such as temperature, humidity, carbon dioxide, light, nutrients and pH balances. We have also implemented additional innovations that shorten growing cycles, improve production yield and lower costs, such as optimizing plant density to increase greenhouse production capacity. We have further identified a clear roadmap for margin expansion and product diversification with significant visibility into reduced labor cost opportunities and improved profitability.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm

**Company Overview**

Local Bounti is a controlled environment agriculture ("CEA") company that produces sustainably grown produce, focused primarily on living and loose leaf lettuce. Founded in 2018, and headquartered in Hamilton, Montana, Local Bounti utilizes its patented Stack & Flow Technology® to grow healthy food sustainably and affordably. Our proprietary

**CEA Overview**

CEA is a technology-oriented approach towards plant-based food production and employs enclosed structures to grow plants in a protected environment where optimal growing conditions are maintained. Drivers for growth of CEA include scarcity of resources, such as arable land, water and suitable climate, as well as changing climatic conditions putting increased stress on conventional farming practices. CEA involves increased control over variables which optimizes the plant growing conditions, resulting in higher plant quality and larger production volume while ensuring resource efficiency. These variables include temperature, humidity, carbon dioxide, light, nutrient concentration, and nutrient pH. With a stable control of the plant environment, CEA can provide secure, high quality produce, year-round production of previously seasonal produce and higher production volume compared to conventional farming on the same size land. Moreover, CEA allows for a more efficient use of land and fresh water (up to 90% less water and land than soil-based agriculture), reduced need to use fertilizer or pesticides, reduced carbon emissions as CEA allows operations to be located closer to end-users, reduced food waste, and avoidance of chemical runoff from broad applications of fertilizer and pesticides/ herbicides associated with field-based agriculture.

https://investors.localbounti.com/sec-filings/all-sec-filings/content/0001628280-26-021706/locl-20251231.htm

# The Indirect Heating Effect of Solar Energy

Light also affects the transpiration rate through a physical, indirect mechanism: the conversion of solar energy into heat. Solar radiation that strikes the leaf surface is absorbed and converted to thermal energy, which raises the leaf's temperature. This increase in temperature affects the rate at which water evaporates from the moist cell walls inside the leaf's air spaces.

The warmer the leaf becomes, the higher the concentration of water vapor inside the leaf's intercellular spaces. This creates a steeper gradient between the high vapor concentration inside the leaf and the lower concentration in the surrounding atmosphere, a difference known as the vapor pressure deficit. This steep gradient accelerates the diffusion of water vapor out through the open stomata. Even with the stomata already open due to the direct light signal, the sun's thermal energy drives a faster rate of water loss by increasing the potential for evaporation.

https://scienceinsights.org/how-does-light-affect-the-rate-of-transpiration/

**Environmental factors that affect the rate of transpiration**

1. Light
Plants transpire more rapidly in the light than in the dark. This is largely because light stimulates the opening of the stomata (mechanism). Light also speeds up transpiration by warming the leaf.

**2. Temperature**
Plants transpire more rapidly at higher temperatures because water evaporates more rapidly as the temperature rises. At 30°C, a leaf may transpire three times as fast as it does at 20°C.

**3. Humidity**
The rate of diffusion of any substance increases as the difference in concentration of the substances in the two regions increases. When the surrounding air is dry, diffusion of water out of the leaf goes on more rapidly.

https://bio.libretexts.org/Bookshelves/Introductory_and_General_Biology/Biology_(Kimball)/16:_The_Anatomy_and_Physiology_of_Plants/16.02:_Plant_Physiology/16.2C:_Transpiration

Leaf stomata are the primary sites of transpiration and consist of two guard cells that form a small pore on the surfaces of leaves. The guard cells control the opening and closing of the stomata in response to various environmental stimuli and can regulate the rate of transpiration to reduce water loss. Darkness and internal water deficit tend to close stomata and decrease transpiration; illumination, ample water supply, and optimum temperature open stomata and increase transpiration. Many plants close their stomata under high temperature conditions to reduce evaporation or under high concentrations of carbon dioxide gas, when the plant likely has sufficient quantities for photosynthesis.

https://www.britannica.com/science/transpiration



**stoma with guard cells** Scanning electron micrograph of an open spinach stoma with two guard cells (green). There are two...(more)